```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| LYDIA WHITE,<br><br>            Plaintiff,<br><br>     v.<br><br>ELECTRONIC DATA SYSTEMS<br>CORPORATION, et al.,<br><br>            Defendants. | Civil No. 07-4651 (NLH) |

## AMENDED SCHEDULING ORDER

IT IS this **21st** day of **August, 2008,** hereby **ORDERED**:

1.   The Court will conduct an in-person status conference on **September 9, 2008 at 2:00 p.m**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                   s/ Joel Schneider
                                   JOEL SCHNEIDER
                                   United States Magistrate Judge